Christopher T. Holland [State Bar No. 164053] cholland@kksrr.com
Kathy M. Sarria [State Bar No. 181322] ksarria@kksrr.com
Anjali Kumar [State Bar No. 227075] akumar@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants
DIRECTREVENUE, LLC, CHRIS DOWHAN, JOSHUA ABRAM,
THE BEST OFFERS NETWORK, LLC
(formerly known as and named in the complaint as BETTERINTERNET, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATINA DIANE BATTAGLIA, an individual for herself and all those similarly situated, PETER MARTIN, an individual for himself and all those similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DIRECTREVENUE, LLC, a Washington Limited Liability Corporation, CHRIS DOWHAN; JOSHUA ABRAM, BETTERINTERNET, LLC, DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: 05-CV-02547-LKK-PAN (JFM)<br><br>**CLASS ACTION**<br><br>**STIPULATION OF COUNSEL TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND PROPOSED ORDER**<br><br>Date:          June 26, 2006<br>Time:         10 a.m.<br>Courtroom: 4<br>Judge:        Hon. Lawrence K. Karlton |

The undersigned counsel for the parties, pursuant to Local Rules 83-143(a) and 78-230(g), hereby stipulate to extend the hearing date for the Motion to Dismiss and Motion to Strike filed by Defendants DirectRevenue, LLC, Best Offers Network, LLC, Chris Dowhan and Joshua Abram (collectively "Defendants") to June 26, 2006, and to move the corresponding opposition and reply deadlines.  Parties are currently engaged in efforts to resolve this dispute and need additional time to complete settlement discussions.

1

The hearing on those motions was currently scheduled for June 12, 2006 based on the April 24, 2006 filing date.  As indicated above, the new hearing date for this motion shall be Monday, June 26, 2006 at 10:00 a.m. in Courtroom 4, before the Honorable Lawrence Karlton with corresponding extensions for Plaintiffs Peter Martin and Matina Diane Battaglia's (collectively, "Plaintiffs") Opposition, as well as Defendants' Reply.  The dates are as follows:

|  | **Original Date** | **Stipulated Date** |
| --- | --- | --- |
| Last Day for Plaintiffs to File/Serve Any Opposition to Motion to Dismiss/Motion to Strike | May 26, 2006 | June 12, 2006 |
| Last Day for Defendants to File/Serve Any Reply to Plaintiff's Opposition | June 5, 2006 | June 19, 2006 |
| Hearing on Motion to Dismiss and Motion to Strike | June 12, 2006 | June 26, 2006 |

Good cause exists for this continuance because this stipulation is not entered into for purposes of delay, but rather to permit the parties sufficient time to continue their good faith efforts to resolve this dispute without further involvement by this Court.  There has been no previous continuance for this hearing.

DATED:  May 25, 2006   BRONSON  &  ASSOCIATES – **Attorneys at Law**
By:   Martha Bronson, Esq.  #133396   /s/
MARTHA BRONSON, ESQ.
Attorneys for Plaintiffs
MATINA BATTAGLIA, PETER MARTIN AND CLASS MEMBERS

DATED:  May 25, 2006   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:   /s/ Christopher T. Holland, Esq.
Christopher T. Holland
Attorneys for Defendants
DIRECTREVENUE LLC, THE BEST OFFERS NETWORK, LLC (fka and named in the complaint as BETTERINTERNET, LLC), CHRIS DOWHAN and JOSHUA ABRAM.

2

STIPULATION OF COUNSEL TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 2:05-CV-02547-LKK-PAN (JFM)

**ORDER**

FOR GOOD CAUSE SHOWN, the stipulation of counsel to continue the hearing date for Defendants' Motion to Dismiss and Motion to Strike is hereby GRANTED.  Hearing on this matter shall be rescheduled for Monday, June 26, 2006 at 10:00 a.m. in Courtroom 4.  All other briefing and filing deadlines in connection with this matter currently pending are hereby vacated and replaced with those set forth in the parties' stipulation above.

**IT IS SO ORDERED.**

DATED:  May 26, 2006

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

3

STIPULATION OF COUNSEL TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 2:05-CV-02547-LKK-PAN (JFM)