UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATINA DIANE BATTAGLIA, an individual for herself and all those similarly situated; and PETER MARTIN, an individual for himself and all those similarly situated,

    Plaintiffs,

  v.

DIRECTREVENUE, LLC, a Washington Limited Liability Corporation, et al.,

    Defendants.
_____/

NO. CIV. S-05-2547 LKK/PAN

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendants has informed the court that the parties have settled the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter, including the hearing on defendants' motion to dismiss and to strike, are hereby **VACATED.**

1

1 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4    IT IS SO ORDERED.
5    DATED: July 6, 2006.

          /s/ Lawrence K. Karlton
          _____
          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT

2