Christopher T. Holland [State Bar No. 164053] cholland@kksrr.com
Lori L. Behun [State Bar No. 202309] lbehun@kksrr.com
Anjali Kumar [State Bar No. 227075] akumar@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants
DIRECTREVENUE, LLC, CHRIS DOWHAN, JOSHUA ABRAM,
THE BEST OFFERS NETWORK, LLC
(formerly known as and named in the complaint as BETTERINTERNET, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATINA DIANE BATTAGLIA, an individual for herself and all those similarly situated, PETER MARTIN, an individual for himself and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECTREVENUE, LLC, a Washington Limited Liability Corporation, CHRIS DOWHAN; JOSHUA ABRAM, BETTERINTERNET, LLC, DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 05-CV-02547-LKK-PAN (JFM)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] PRELIMINARY APPROVAL ORDER** |

## PRELIMINARY APPROVAL ORDER

Plaintiffs Matina Diane Battaglia ("Battaglia"), an individual for herself and all those similarly situated, and Peter Martin ("Martin"), an individual for himself and all those similarly situated, (hereafter collectively, "Plaintiffs" or the "Class Representatives"), and defendants DirectRevenue, LLC, and The Best Offers Network, LLC (f/k/a BetterInternet, LLC) (collectively,

"DirectRevenue"), and the individual defendants, Chris Dowhan and Joshua Abram (collectively, "Individual Defendants") (all defendants are collectively referred to herein as the "Settling Defendants") having made a joint request pursuant to Rule 23 of the Federal Rules of Civil Procedure for a preliminary order approving the proposed settlement of this lawsuit in accordance with the Settlement Agreement and Limited Release (the "Agreement") filed with this Court, and the Court having read and considered the Agreement, and Plaintiffs and the Settling Defendants having consented to the entry of this Order:

**IT IS HEREBY ORDERED**:

1. The Agreement, and all of its terms and conditions, is preliminarily approved as fair, just, reasonable and adequate, subject to further consideration at a final approval hearing (the "Final Approval Hearing");

2. Pursuant to Federal Rule 23(b)(2), the Court conditionally certifies, subject to final certification in connection with final approval of the Agreement, the following defined class (the "Class"): "All persons or entities who owned computers in California and who had DirectRevenue's targeted advertising software (the "Software")[1] downloaded onto their computers in California at any time on or after March 31, 2002." Excluded from the Class are Defendants, and all of their officers, directors, employees, agents and attorneys;

3. The Court approves the form of the Summary Settlement Notice (Exhibit C to the Agreement) and the Settlement Notice (Exhibit D to the Agreement) and directs that these notices be published to the Class as specified in Paragraph 5 of the Agreement;

4. The Final Approval Hearing is scheduled herein for December 11, 2006, at which

---

[1] As defined in the Agreement, the term Software includes the following DirectRevenue software files: Bi.dll; MultiMPP; Btgrab.dll; mxTarget.dll; ; Dlmax.dll; iehelper.dll; pynix.dll; Host.dll; TPS108.dll; IPInsigt.dll; Twaintec.dll; LocalNRD.dll; VoiceIP.dll; VX2.dll; ZServ.dll; Ceres.dll; Speer.dll; Speer2.dll; Speeryox.dll; AHexe.dll; kz515.dll; Aurora.exe (polymorphic); buddy.exe; Tbon.exe; Tbonsn.exe; Tbonuac.exe (polymorphic); Tboncst.ee; Gsim.dll; systb.dll; Dinst.dll; dinst.exe; TBONcomp.dll; TBONAS.exe.

time the Court will consider the entry of the Final Approval Order and Judgment of Dismissal (Exhibit E to the Agreement); and

    5.    The deadline for Class Members to file and serve written objections to the final approval of the Agreement is November 17, 2006.

**IT IS SO ORDERED**.

DATED: August 23, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3